UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOREE A. RUSSELL,

       Plaintiff,                         Civil Action No. 19-12501

vs.                                     HON. MARK A. GOLDSMITH

HOME DEPOT, INC.,

       Defendant.
_____/

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

                                             KINIKIA ESSIX
                                             CLERK OF THE COURT

                         By:   s/Karri Sandusky
                                   DEPUTY COURT CLERK

APPROVED:


s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: August 12, 2021